# United States District Court
# For The Western District of North Carolina
# Statesville Division

RONDELL TONEY,

        Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                     5-09-CV-5

DEFENSE FINANCE AND ACCOUNTING
SERVICE AND UNITED STATES OF AMERICA,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2010 Order.

                                                      Signed: October 1, 2010

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court